STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MI-
CHAEL CHIACCIO, PLAINTIFF IN ERROR.

Submitted May 28, 1926—Decided October 18, 1926.

On error to the Supreme Court, whose *per curiam* is printed
in 4 *N. J. Mis. R.* 63.

For the plaintiff in error, *Romulus P. Rimo.*

For the defendant in error, *Francis L. Bergen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.